UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| SCHMIEDE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:10-CV-52 |
| ) | *Mattice / Lee* |
| FEDERAL INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER DISMISSING ALL CLAIMS WITHOUT PREJUDICE

Consistent with and pursuant to the parties' Agreed Terms of Stipulation of Voluntary Dismissal, the Court hereby ORDERS that this action is dismissed without prejudice, and with each party to bear its own fees and costs.

SO ORDERED this 13TH day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE

*Approved for Entry,*

HARWELL HOWARD HYNE
GABBERT & MANNER, P.C.

By: s/ Craig V. Gabbert, Jr.
    Craig V. Gabbert, Jr. (No. 4702)
    D. Alexander Fardon (No. 13787)
    315 Deaderick Street, Suite 1800
    Nashville, Tennessee 37238-1800
    Telephone: 615-256-0500
    Facsimile: 615-251-1058
    Email: cvg@h3gm.com

*Attorneys for the Schmiede Corporation*

HOWELL & FISHER, PLLC

By: s/ William B. Jakes III
    William B. Jakes III (No. 10247)
    300 James Robertson Parkway
    Nashville, Tennessee 37201-1107
    Telephone: 615-244-3370
    Facsimile: 615-244-3518
    Email: bjakes@howell-fisher.com

*Attorneys for Federal Insurance Company*